## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD DANDAR,                ) | |
|     Petitioner,             ) | Civil Action No. 12-152 Erie |
|                             ) | |
| v.                             ) | **Chief District Judge Sean J. McLaughlin** |
|                             ) | **Magistrate Judge Susan Paradise Baxter** |
| KEN CAMERON, et al.,           ) | |
|     Respondent.             ) | |

### ORDER

The Petitioner has filed a motion for leave to appeal *in forma pauperis*. On April 12, 2013, the Court issued an Order directing that, on or before April 30, 2013, the Petitioner must submit in support of the motion the following required documents:

(1) An affidavit of poverty; and,

(2) A certified statement of the prison account statement(s) (or institutional equivalent) for the six month period preceding the filing of the notice of appeal. In this case, the six month period began on or around September 4, 2012. The notice of appeal was filed on March 4, 2013.

The Court expressly advised the Petitioner that the failure to comply would result in the denial of his motion for leave to appeal *in forma pauperis*.

Petitioner subsequently filed the affidavit of poverty but he has not filed the certified statement of the prison account statement(s) for the six month period preceding the filing of the notice of appeal. The Court shall grant him one extension to do so. He must file the required prison account statement(s) on or before **June 6, 2013**. If he does not, the Court will deny the motion for leave to appeal *in forma pauperis*.

The Petitioner's address of record for this case is SCI Cresson, Old Route 22, Cresson, PA 16699-0001. However, the return address on the envelope in which he mailed his most recent

1

filing lists his address as SCI Fayette, Box 9999, LaBelle, PA 15450-0999. Out of an abundance of caution, the Court will direct the Clerk's Office to send this Order to the Petitioner at his SCI Cresson and SCI Fayette addresses. If the Petitioner is no longer incarcerated at SCI Cresson, he must immediately update his address of record for this case. He is under a continuing obligation to file a Notice of Change of Address every time he is transferred to a different location.

**May 16 , 2013**                              /s Sean J. McLaughlin
                                               Chief United States District Court Judge
                                               Western District of Pennsylvania


Notice to Petitioner via first class mail at:

Ronald Dandar
SCI Cresson
Old Route 22
Cresson, PA 16699-0001

and

Ronald Dandar
SCI Fayette
Box 9999
LaBelle, PA 15450-0999